KEITH E. EGGLETON, State Bar No. 159842
Email:  keggleton@wsgr.com
DIANE M. WALTERS, State Bar No. 148136
Email:  dwalters@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811

Attorneys for Defendants
Netflix, Inc., Reed Hastings,
Ted Sarandos, and Spencer Neumann

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIYYAZ PIRANI, as TRUSTEE OF IMPERIUM IRREVOCABLE TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., REED HASTINGS, TED SARANDOS, and SPENCER NEUMANN,<br><br>Defendants. | CASE NO.:  3:22-cv-02672-JST<br><br>CLASS ACTION<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1. AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L. R. 3-15** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Netflix, Inc. states, by and through its undersigned counsel, that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

DATED:  May 20, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/   *Keith E. Eggleton*
  Keith E. Eggleton

*Attorneys for Defendants*
Netflix, Inc., Reed Hastings,
Ted Sarandos, and Spencer Neumann