Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Fiyyaz Pirani, Trustee
of Imperium Irrevocable Trust*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE NETFLIX, INC. SECURITIES LITIGATION | Case No. 4:22-cv-02672-JST |
|---|---|
| | **STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

WHEREAS, on May 3, 2022, Plaintiff Fiyyaz Pirani, Trustee of Imperium Irrevocable Trust, filed a putative class action complaint asserting claims against Netflix, Inc. and certain of its officers for alleged violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA");

WHEREAS, on July 1, 2022, the Court granted the parties' stipulation providing, among other things, that (i) within 10 days after an order appointing Lead Plaintiff pursuant to the PSLRA, Lead Counsel and counsel for Defendants would submit a schedule for further proceedings; and (ii) the Initial Case Management Conference and related deadlines would be vacated pending the appointment of the Lead Plaintiff and the filing of a consolidated amended complaint (ECF No. 17);

WHEREAS, on October 11, 2022, the Court consolidated related actions, appointed Fiyyaz Piyani, Trustee of Imperium Irrevocable Trust, as Lead Plaintiff, and approved his selection of Glancy Prongay & Murray LLP as Lead Counsel for the putative class (ECF No. 27);

WHEREAS, the PSLRA provides that discovery shall be stayed during the pendency of any motion to dismiss, 15 U.S.C. §78u-4(b)(3)(B);

WHEREAS, Lead Counsel and Defendants have conferred as to the filing of an amended complaint and Defendants' response thereto;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL, THAT:

1.  Lead Plaintiff shall file an amended complaint no later than December 12, 2022.

2.  Defendants shall file their motion to dismiss the amended complaint no later than February 10, 2023.

3.  Lead Plaintiff shall file his opposition to the motion to dismiss no later than March 27, 2023.

4.  Defendants shall file their reply brief in support of their motion to dismiss no later than April 26, 2023.

5.  In light of the PSLRA's automatic stay of discovery during the pendency of defendants' motion to dismiss, an Initial Case Management Conference shall be reset after the Court has an opportunity to rule on Defendants' anticipated motion to dismiss.

1 | DATED:  October 20, 2022

GLANCY PRONGAY & MURRAY LLP

2

By:   *s/ Charles H. Linehan*

3 | Robert V. Prongay
Charles Linehan

4 | Pavithra Rajesh
1925 Century Park East, Suite 2100

5 | Los Angeles, California 90067
Telephone: (310) 201-9150

6 | Fax: (310) 201-9160
Email: rprongay@glancylaw.com

7 | Email: clinehan@glancylaw.com
Email: prajesh@glancylaw.com

8

9 | *Counsel for Lead Plaintiff*

10 | THE LAW OFFICES OF FRANK R. CRUZ
Frank R. Cruz

11 | 1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067

12 | Telephone: (310) 914-5007

13

14 | *Additional Counsel*

15 | DATED:  October 20, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

16

By:   *s/ Diane M. Walters*

17 | Keith E. Eggleton (SBN 159842)
Diane M. Walters (SBN 148136)

18 | 650 Page Mill Road

19 | Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

20 | Facsimile: (650) 493-6811
Email: keggleton@wsgr.com

21 | Email: dwalters@wsgr.com

22 | *Counsel for Defendants*

23

24 | Pursuant to Civil L.R. 5-1(h)(3), all signatories concur in filing this stipulation.

25 | Dated: October 20, 2022      *s/ Charles H. Linehan*
Charles H. Linehan

26

27 | *      *      *

28

STIPULATION AND [PROPOSED] SCHEDULING ORDER
Case No. 4:22-cv-02672-JST

2

1        PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    Dated:_____October 21_____, 2022

4                                                    The Honorable Jon S. Tigar
                                                     United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28