1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN RE NETFLIX, INC. SECURITIES LITIGATION

This Document Relates To:

   ALL ACTIONS.

)
)
)
)
)
)
)
)

Case No.: 4:22-cv-02672-JST

CLASS ACTION

~~[PROPOSED]~~ ORDER GRANTING REQUEST FOR WITHDRAWAL OF COUNSEL

1      Upon consideration of the Notice of Request for Withdrawal of Counsel, and for good cause

2   shown, it is HEREBY ORDERED that Alex R. Straus of Milberg Coleman Bryson Phillips

3   Grossman, PLLC, is hereby withdrawn as counsel of record.  The clerk is directed to remove the

4   above-named attorney from the docket, as well as the ECF Service List.

5      IT IS SO ORDERED.

6
    DATED:      March 9, 2023

7                                                  HON. JON S. TIGAR
                                                   UNITED STATES DISTRICT COURT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28